UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TRUSTEES OF THE TILE, MARBLE & TERRAZZO INSURANCE TRUST FUND; TILE TERRAZZO & MARBLE INDUSTRY PENSION FUND; TILE, TERRAZZO & MARLBE INDUSTRY DEFINED CONTRIBUTION PENSION FUND; TILE TERRAZZO & MARLBE INDUSTRY JOINT TRAINING FUND; LABOR MANAGEMENT FUND; and the TILE, TERRAZZO & MARBLE INDUSTRY VACATION AND HOLIDAY FUND, and BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 1 F/K/A BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 32,

        Plaintiffs,

vs.

Case No. 08-12501
Hon. Sean F. Cox

INTERNATIONAL TILE f/k/a SAMY'S TILE, CO., a Michigan company, and SAMUEL HERMAN, an individual, jointly and severally,

        Defendants.

_____/

## ORDER FOR ALTERNATE SERVICE

At a session of said Court held
in the City of Detroit, Michigan

on: August 3, 2009
PRESENT: HON. Sean F. Cox
U.S. DISTRICT COURT JUDGE

This matter having come before the Court on Plaintiffs' Motion for Alternate Service;

IT IS THEREFORE ORDERED that Plaintiffs' motion for alternate service of the summons and complaint is GRANTED and a copy of the order providing for said alternate service and the summons and complaint and all subsequent pleadings as to the Defendants International Tile f/k/a Samy's Tile, Co. and Samuel Herman may be served by first class mail to:9971 Woodbend, Saline,

2

Michigan 48176, or by tacking or firmly affixing to the door of: 9971 Woodbend, Saline, Michigan 48176.

                                                                                          s/ Sean F. Cox
                                                                                  **U.S. DISTRICT COURT JUDGE**

W:\FUNDS\BAC LOCAL 1\INTERNATIONAL TILE\ORDERFORALTERNATESERVICE.DOC